FILED
CLERK
11:20 am, Nov 14, 2018
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
EDWARD KRANEPOOL,

                Plaintiff,          **MEMORANDUM OF**
                                       **DECISION & ORDER**
      -against-              2:18-cv-3724 (ADS)(AKT)

BECKETT AUCTIONS, LLC d/b/a GOODWIN
& CO.,

                Defendant.
----------------------------------------------------------X

**APPEARANCES:**

**Harfenist Kraut & Perlstein, LLP**
*Counsel for the Plaintiff*
3000 Marcus Avenue
Lake Success, NY 11042
        By:   Steven J. Harfenist, Esq., Of Counsel

**Law Offices of Charles A. Gruen**
*Co-Counsel for the Defendants*
7703 Fifth Avenue
Brooklyn, NY 11209
        By:   Charles A. Gruen, Esq., Of Counsel

**Condon Tobin Sladek Thornton, PLLC**
*Co-Counsel for the Defendants*
8080 Park Lane, Suite 700
Dallas, TX 75231
        By:   Kendal B. Reed, Esq., Of Counsel

**SPATT, District Judge.**

      The Court assumes the parties' familiarity with the facts and procedural history of this action. Additional detail that is relevant to the instant motions is provided below. Presently before

the Court is a motion by the Defendant, pursuant to Federal Rule of Civil Procedure ("FED. R. CIV. P." or "Rule") 12(b)(6) to dismiss the Plaintiff's entire complaint and a cross-motion by the Plaintiff, pursuant to Rule 15(a) to amend the complaint. The proposed amended complaint contains additional causes of action that are not addressed in the Defendant's motion to dismiss. The Defendant has indicated that it does not oppose the Plaintiff's motion to amend and prefers to re-file its motion to dismiss in response to the proposed amended complaint. Accordingly, it is hereby

**ORDERED** that the Plaintiff's motion to amend the complaint is granted; and it is further

**ORDERED** that the Plaintiff file his proposed amended complaint within five (5) days of this Order; and it is further

**ORDERED** that the Defendant's motion to dismiss is terminated as moot; and it is further

**ORDERED** that the Defendant respond to the Plaintiff's amended complaint within twenty-eight (28) days of its filing.

**SO ORDERED**

Dated: Central Islip, New York
November 14, 2018

                                          ___*/s/ Arthur D. Spatt*___
                                          ARTHUR D. SPATT
                                        United States District Judge