# CIVIL CAUSE FOR INITIAL CONFERENCE

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 26 2019 ★

LONG ISLAND OFFICE

## BEFORE: JUDGE FEUERSTEIN

DATE: February 26, 2019   TIME: 30 MINUTES

CASE NUMBER:   2:18-cv-03724-SJF-AKT

CASE TITLE:   Kranepool v. Beckett Auctions, LLC

PLTFFS ATTY:   Steven Harfenist
              _X_ present      ___ not present

DEFTS ATTY:   Kendal Reed and Michael Korik
              _x_ present      ___ not present

COURT REPORTER

COURTROOM DEPUTY: Bryan Morabito

_X_   CASE CALLED.

___   HEARING HELD/ CONT'D TO_____.

_x_   ORDER ENTERED ON THE RECORD.

OTHER   Jury Selection and trial is scheduled before Judge Feuerstein on 4/29/2019 at 10 am.