

**HARFENIST KRAUT & PERLSTEIN LLP**

STEVEN J. HARFENIST
DIRECT TEL.: 516-355-9630
DIRECT FAX: 516-355-9601
SHARFENIST@HKPLAW.COM

March 20, 2019

**VIA ECF**
Hon. Sandra J. Feuerstein
United States District Court
Eastern District of New York
100 Federal Plaza
P.O. Box 9014, Courtroom 910
Central Islip, New York 11722-9014

      Re:   *Edward Kranepool v. Beckett Auctions, LLC d/b/a Goodwin & Co.*
             Docket No. 18-cv-03724-SJF-AKT

Dear Judge Feuerstein:

     We represent plaintiff, Edward Kranepool, in the above matter. This matter is currently schedule for a jury trial on April 29, 2019. Due to Mr. Kranepool's scheduled kidney transplant surgery on the same day, it is requested that the trial be adjourned until a date as soon as the Court is available after July 15, 2019.

     As the Court may be aware, Mr. Kranepool has been waiting for a kidney transplant for some time. On March 19, 2019, he was advised by his transplant team at Hackensack University Medical Center that a kidney is available and that his transplant will be on April 29, 2019.

     It is our understanding that a 60-day recovery period should be more than sufficient for Mr. Kranepool to fully participate in a trial. As that period would fall shortly before July 4th weekend, we are requesting a trial date shortly thereafter.

     We appreciate the expedited trial date the Court provided the parties in this matter and regret the necessity to ask the Court to adjourn it. But under these unique circumstances, a request for a short adjournment was deemed necessary.

     The Court's attention to this matter is greatly appreciated.

                   Respectfully submitted,
                   HARFENIST KRAUT & PERLSTEIN, LLP

         By:   *Steven J. Harfenist*
                Steven J. Harfenist

SJH/

3000 MARCUS AVENUE, SUITE 2E1
LAKE SUCCESS, NY 11042
T – 516.355.9600 F – 516.355.9601

2975 WESTCHESTER AVENUE, SUITE 415,
PURCHASE, NY 10577
T – 914.701.0800 F – 914.708-0808.